AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of New York

| | |
|---|---|
| Myles Carter <br><br> *Plaintiff(s)* <br> v. <br> Buffalo Police Lieutenant Nicole Santiago, N.Y. State Trooper Adam Hyde, and N.Y. State Trooper Richard Arcangel <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) )     Civil Action No. 23-cv-467 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Buffalo Police Lieutenant Nicole Santiago, c/o Anthony C. Duddy, Esq., Assistant Corporation Counsel, City of Buffalo Law Department, 65 Niagara Square, Room 1100 Buffalo, NY 14202

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
    Sivin, Miller & Roche LLP
    20 Vesey St., Suite 1400
    New York, NY 10007

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 5/30/2023     *[signature] Mary C. Loewenguth*
                             *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of New York

| | |
|---|---|
| Myles Carter<br><br>*Plaintiff(s)*<br>v.<br>Buffalo Police Lieutenant Nicole Santiago, N.Y. State Trooper Adam Hyde, and N.Y. State Trooper Richard Arcangel<br><br>*Defendant(s)* | Civil Action No. 23-cv-467 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  N.Y. State Trooper Adam Hyde, c/o Michael J. Murphy, Esq., Barclay Damon LLP, 80 State Street, Albany NY 12207

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Sivin, Miller & Roche LLP
20 Vesey St., Suite 1400
New York, NY 10007

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 5/30/2023

*CLERK OF COURT*

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of New York

| | |
|---|---|
| Myles Carter<br><br>*Plaintiff(s)*<br>v.<br>Buffalo Police Lieutenant Nicole Santiago, N.Y. State Trooper Adam Hyde, and N.Y. State Trooper Richard Arcangel<br><br>*Defendant(s)* | Civil Action No. 23-cv-467 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  N.Y. State Trooper Richard Arcangel, c/o Michael J. Murphy, Esq., Barclay Damon LLP, 80 State Street, Albany NY 12207

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Sivin, Miller & Roche LLP
20 Vesey St., Suite 1400
New York, NY 10007

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:  5/30/2023

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*